# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135102(49)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                              SC: 135102
                              COA: 268842
ALEX LAVERN GOLDMAN,          Kalamazoo CC: 05-000086-FC
     Defendant-Appellant.

_____/

     On order of the Court, the motion for reconsideration of this Court's June 11, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008                                               

d0915                                                    Clerk